Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−14003−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Belete G. Belachew
   aka Belete Belachew
   495 Fairview Avenue
   Orange, NJ 07050

Social Security No.:
   xxx−xx−0199

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/5/19 at 10:00 AM

to consider and act upon the following:

**52** − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: Lot 29.02 Block 70 f/k/a Lot 29.B Block 70 Commonly known as 28 Lindsley Avenue, West Orange, New Jersey 07052. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2, 33 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2. Objection deadline is 11/12/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (McDonald, Kevin)

**53** − Certification in Opposition to Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2 Certification of Default (related document:52 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: Lot 29.02 Block 70 f/k/a Lot 29.B Block 70 Commonly known as 28 Lindsley Avenue, West Orange, New Jersey 07052. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2, 33 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2. Objection deadline is 11/12/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2) filed by Roger Chavez on behalf of Belete G. Belachew. (Attachments: # 1 Certificate of Service) (Chavez, Roger)

Dated: 11/12/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court