Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  18−14003−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Belete G. Belachew
   aka Belete Belachew
   495 Fairview Avenue
   Orange, NJ 07050

Social Security No.:
   xxx−xx−0199

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/5/19 at 10:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: Lot 29.02 Block 70 f/k/a Lot 29.B Block 70 Commonly known as 28 Lindsley Avenue, West Orange, New Jersey 07052. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2, 33 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2. Objection deadline is 11/12/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (McDonald, Kevin)

*53* − Certification in Opposition to Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2 Certification of Default (related document:52 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: Lot 29.02 Block 70 f/k/a Lot 29.B Block 70 Commonly known as 28 Lindsley Avenue, West Orange, New Jersey 07052. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2, 33 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2. Objection deadline is 11/12/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2) filed by Roger Chavez on behalf of Belete G. Belachew. (Attachments: # 1 Certificate of Service) (Chavez, Roger)

Dated: 11/12/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-14003-VFP
Belete G. Belachew                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1          Date Rcvd: Nov 12, 2019
                           Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db             +Belete G. Belachew,    495 Fairview Avenue,    Orange, NJ 07050-2113
sp             +Barry Packin,    Seigel Law LLC,    505 Goffle Road,    Ridgewood, NJ 07450-4027
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through
               Certificates, Series 2006-2 cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Frank J Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities
               Corp., CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through
               Certificates, Series 2006-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Krystin Miranda Kane    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through
               Certificates, Series 2006-2 kralex@logs.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Roger  Chavez    on behalf of Debtor Belete G. Belachew rchavez01@aol.com,    rchavez@chavezlegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 8