Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14003−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Belete G. Belachew
   aka Belete Belachew
   495 Fairview Avenue
   Orange, NJ 07050

Social Security No.:
   xxx−xx−0199

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/1/20 at 10:00 AM

to consider and act upon the following:

**65** − Creditor's Certification of Default (related document:56 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 09/3/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Certification of Default # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

**66** − Certification in Opposition to Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2 Certification of Default (related document:65 Creditor's Certification of Default (related document:56 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 09/3/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Certification of Default # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Roger Chavez on behalf of Belete G. Belachew. (Attachments: # 1 Certificate of Service) (Chavez, Roger)

Dated: 9/4/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court