Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14003−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Belete G. Belachew
   aka Belete Belachew
   495 Fairview Avenue
   Orange, NJ 07050

Social Security No.:
   xxx−xx−0199

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/1/20 at 10:00 AM

to consider and act upon the following:

**65** − Creditor's Certification of Default (related document:56 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 09/3/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Certification of Default # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

**66** − Certification in Opposition to Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage−Backed Pass−Through Certificates, Series 2006−2 Certification of Default (related document:65 Creditor's Certification of Default (related document:56 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 09/3/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Certification of Default # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Roger Chavez on behalf of Belete G. Belachew. (Attachments: # 1 Certificate of Service) (Chavez, Roger)

Dated: 9/4/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Belete G. Belachew  
    Debtor

Case No. 18-14003-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 04, 2020
                      Form ID: ntchrgbk    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.
```
db            +Belete G. Belachew,    495 Fairview Avenue,    Orange, NJ 07050-2113
sp            +Barry Packin,    Seigel Law LLC,    505 Goffle Road,    Ridgewood, NJ 07450-4027
cr            +PNC BANK, NATIONAL ASSOCIATION,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
cr            +Specialized Loan Servicing LLC,    P.O. Box 340514,    Tampa, FL 33694-0514
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:
```
              Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through
               Certificates, Series 2006-2 ewassall@logs.com,    njbankruptcynotifications@logs.com
              Frank J Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
              Gavin    Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities
               Corp., CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through
               Certificates, Series 2006-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Krystin Miranda Kane    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through
               Certificates, Series 2006-2 kralex@logs.com
              Marie-Ann   Greenberg     magecf@magtrustee.com
              Roger    Chavez    on behalf of Debtor Belete G. Belachew rchavez01@aol.com,    rchavez@chavezlegal.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 9
```