| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Order Filed on October 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Belete G. Belachew<br>Aka Belete Belachew<br><br>                                          Debtor. | Chapter: 13<br><br>Case No.: 18-14003-VFP<br><br>Hearing Date: November 5, 2020<br><br>Judge: Vincent F. Papalia |

**CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 30, 2020**

                                                            **Honorable Vincent F. Papalia**
                                                            **United States Bankruptcy Judge**

Debtor: Belete G. Belachew
Case No.: 18-14003-VFP
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing, LLC, as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2, U.S. Bank National Association, as Trustee ("Creditor"), whereas the post-petition arrearage amount was $29,421.80, as of October 28, 2020, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **28 Lindsley Ave., West Orange, NJ 07052** ("Property") provided that the Debtors comply with the following:

    a. On or before November 12, 2020, the Debtor shall file a modified plan that includes payment in full of the above post-petition arrearage in the amount of $29,421.80; and

    b. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the November 1, 2020 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.  If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.  Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Roger Chavez* | */s/Gavin N. Stewart* |
| Roger Chavez, Esquire | Gavin N. Stewart, Esq. |
| 744 Broad Street | Stewart Legal Group, P.L. |
| Suite 1600 | 401 East Jackson Street, Suite 2340 |
| Newark, NJ 07102 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |