UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Secured Creditor*

In re:

Belete G. Belachew
Aka Belete Belachew

                                    Debtor.

Order Filed on October 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 18-14003-VFP

Hearing Date: November 5, 2020

Judge: Vincent F. Papalia

**CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 30, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:              Belete G. Belachew
Case No.:            18-14003-VFP
Caption of Order:    **CONSENT ORDER RESOLVING CERTIFICATION OF
                     DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default
("COD") filed by Specialized Loan Servicing, LLC, as servicing agent for Credit Suisse First
Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series
2006-2, U.S. Bank National Association, as Trustee ("Creditor"), whereas the post-petition
arrearage amount was $29,421.80, as of October 28, 2020, and whereas the Debtor and Creditor
seek to resolve the COD, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to
Creditor's interest in the following property: **28 Lindsley Ave., West Orange, NJ 07052**
("Property") provided that the Debtors comply with the following:

   a. On or before November 12, 2020, the Debtor shall file a modified plan that includes
      payment in full of the above post-petition arrearage in the amount of $29,421.80;
      and

   b. In addition to the above, the Debtor shall resume making the regular monthly
      payments to Creditor as they become due beginning with the November 1, 2020
      payment.

2.      All payments due hereunder shall be sent directly to Creditor at the following
address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO
80111**.

3.      The Debtor will be in default under the Consent Order in the event that the Debtor
fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the
Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default,

Creditor may submit an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and

permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$250.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


_/s/ Roger Chavez_                          _/s/Gavin N. Stewart_
Roger Chavez, Esquire                       Gavin N. Stewart, Esq.
744 Broad Street                            Stewart Legal Group, P.L.
Suite 1600                                  401 East Jackson Street, Suite 2340
Newark, NJ 07102                            Tampa, FL 33602
_Counsel to Debtor_                         _Counsel to Creditor_

United States Bankruptcy Court
District of New Jersey

In re:
Case No. 18-14003-VFP

Belete G. Belachew
Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2             User: admin             Page 1 of 2

Date Rcvd: Nov 02, 2020             Form ID: pdf903             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belete G. Belachew, 495 Fairview Avenue, Orange, NJ 07050-2113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020             Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth L. Wassall | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 ewassall@logs.com, njbankruptcynotifications@logs.com |
| Frank J Martone | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

Krystin Miranda Kane

on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 kralex@logs.com

Marie-Ann Greenberg

magecf@magtrustee.com

Roger Chavez

on behalf of Debtor Belete G. Belachew rchavez01@aol.com  rchavez@chavezlegal.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9