UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER CHAVEZ, ESQ. (RC4040)
744 BROAD STREET, SUITE 1600
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTOR, BELETE G.
BELACHEW

Order Filed on April 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BELETE G. BELACHEW,

DEBTOR.

Case No.: 18-14003/VFP

Chapter 13

Judge: Vincent F. Papalia

Hearing Date: April 15, 2021 @ 2:00PM

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 19, 2021**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Debtor:**        **Belete G. Belachew**

**Chapter 13 | Case No. 18-14003/VFP**

**Caption of Order: ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES**

_____

The applicant having certified that legal work additional to basic chapter 13 services has been rendered, and no objections have been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $3,900.00 for services rendered and expenses in the amount of $0.00 for a total of $3,900.00.  The allowance is payable:

☒ $50.00 through the Chapter 13 plan as an administrative priority.

☒ $3,850.00 paid outside the plan.

The debtor's monthly plan is modified to require a payment of <u>N/A</u> per month for <u>N/A</u> months to allow for payment of the aforesaid fee.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**