Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−14003−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Belete G. Belachew
   aka Belete Belachew
   495 Fairview Avenue
   Orange, NJ 07050

Social Security No.:
   xxx−xx−0199

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/26/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 26, 2021
JAN: jf

                                                    Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Belete G. Belachew  
　　Debtor

Case No. 18-14003-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 　　 User: admin 　　 Page 1 of 4  
Date Rcvd: May 26, 2021 　　 Form ID: 148 　　 Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol　Definition**

\+ 　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

## 　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belete G. Belachew, 495 Fairview Avenue, Orange, NJ 07050-2113 |
| sp | + | Barry Packin, Seigel Law LLC, 505 Goffle Road, Ridgewood, NJ 07450-4027 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517362066 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 517362073 | + | City Of Orange Township, Tax Collector, 29 North Day Street, Orange, NJ 07050-3608 |
| 517362074 | + | Claudia Moore, 28 Lindsley Avenue, 1st Floor, West Orange, NJ 07052-5384 |
| 517362078 | + | Essex County Sheriff's Office, Essex County Veterans Courthouse, 50 W. Market Street, Newark, NJ 07102-1607 |
| 517362079 | + | Kelemua Kebede, 499 Fairview Avenue, 1st Floor, Orange, NJ 07050-2113 |
| 517362080 | + | Kenneth A. Wanio, Esq., 1035 Route 46 Easr, Suite B105, Clifton, NJ 07013-2430 |
| 517362085 | | Medical Business Bureau, P.O. Box 1219, Park Ridge, IL 60068-7219 |
| 517362086 | + | Medical Business Bureau, 1460 Renaissance Drive, Suite #400, Park Ridge, IL 60068-1349 |
| 517383707 | + | Nelnet on behalf of ASA, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 517362087 | + | North Jersey Pathology LLC, 703 Main Street, Paterson, NJ 07503-2621 |
| 517362094 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517362095 | + | PSE&G, 550 North Broad Street, Elizabeth, NJ 07208-3302 |
| 517362096 | | Rose Blanc, 28 Lindsley Avenue, 2nd Floor, Orange, NJ 07050 |
| 517362097 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mt. Laurel, NJ 08054-2242 |
| 518362617 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518594043 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2021 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2021 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:26:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 517362068 | | EDI: CITICORP.COM | May 27 2021 00:33:00 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 517362067 | + | EDI: CITICORP.COM | May 27 2021 00:33:00 | Citi Cards, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 517362069 | | EDI: CITICORP.COM | May 27 2021 00:33:00 | Citi Cards, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517362072 | + | EDI: CITICORP.COM | May 27 2021 00:33:00 | Citibank, N.A., C/O The Home Depot, P.O. Box |

Case 18-14003-VFP    Doc 96    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 148 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | 790328, St. Louis, MO 63179-0328 |
| 517362071 | + | EDI: CITICORP.COM | May 27 2021 00:33:00 | Citibank, N.A., C/O The Home Depot, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517362070 | | EDI: CITICORP.COM | May 27 2021 00:33:00 | Citibank, N.A., C/O The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517362077 | + | EDI: COMCASTCBLCENT | May 27 2021 00:33:00 | Comcast Cable, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 517362075 | + | EDI: COMCASTCBLCENT | May 27 2021 00:33:00 | Comcast Cable, C/O Bankruptcy Dept., 257 Prospect Avenue, West Orange, NJ 07052-4210 |
| 517362076 | + | EDI: COMCASTCBLCENT | May 27 2021 00:33:00 | Comcast Cable, C/O Bankruptcy Dept., 800 Rahway Avenue, Union, NJ 07083-6691 |
| 517628150 | | EDI: ECMC.COM | May 27 2021 00:33:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517362110 | | EDI: IRS.COM | May 27 2021 00:33:00 | U.S. Department Of Treasury, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 517362081 | + | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | May 26 2021 21:28:00 | Kessler Institute for Rehabilitation, 1199 Pleasant Valley Way, West Orange, NJ 07052-1499 |
| 517362082 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 21:18:09 | LVNV Funding, LLC, A/K/A Resurgent Capital Services, LP, PO Box 10497, Greenville, SC 29603-0497 |
| 517362084 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 21:18:09 | LVNV Funding, LLC, A/K/A Resurgent Capital Services, LP, PO Box 10584, Greenville, SC 29603-0584 |
| 517362083 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 21:16:59 | LVNV Funding, LLC, A/K/A Resurgent Capital Services, LP, 9700 Bissonnet Street, Suite 2000, Houston, TX 77036-8016 |
| 517514431 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 21:18:09 | LVNV Funding, LLC its successors and assigns as, assignee of Soaring Capital, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517512656 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 21:18:09 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517362091 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:26:00 | PNC Bank, ATTN: Customer Service, PO Box 609, Pittsburgh, PA 15230-9738 |
| 517362089 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:26:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 517362092 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:26:00 | PNC Bank, P.O. Box 3429, Pittsburgh, PA 15230 |
| 517362090 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:26:00 | PNC Bank, P5-PCLC-A1-R, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 517522484 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:26:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517362093 | + | Email/Text: bankruptcy@pseg.com | May 26 2021 21:26:00 | PSE&G, Credit & Collection Center, PO Box 490, Cranford, NJ 07016-0490 |
| 517362098 | + | EDI: SWCR.COM | May 27 2021 00:33:00 | SW Credit Systems, Inc., Southwest Credit Systems, 4120 International, Suite 100, Carrollton, TX 75007-1958 |
| 517362101 | + | EDI: WTRRNBANK.COM | May 27 2021 00:33:00 | TD Bank USA, A/K/A Target National Bank, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |
| 517362100 | + | EDI: WTRRNBANK.COM | May 27 2021 00:33:00 | TD Bank USA, A/K/A Target National Bank, NCD-0450, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 517362099 | + | EDI: WTRRNBANK.COM | | |

Case 18-14003-VFP    Doc 96    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 148 | Total Noticed: 63 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | May 27 2021 00:33:00 | TD Bank USA, A/K/A Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 517522010 | + | Email/Text: bncmail@w-legal.com | May 26 2021 21:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517362102 | + | EDI: WFFC.COM | May 27 2021 00:33:00 | U.S. Bank National Association, 101 North Phillips Avenue, Sioux Falls, SD 57104-6738 |
| 517403264 | + | EDI: WFFC.COM | May 27 2021 00:33:00 | U.S. Bank National Association, as Trustee, C/O Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517362105 | | Email/Text: electronicbkydocs@nelnet.net | May 26 2021 21:28:00 | U.S. Department of Education, C/O Nelnet, 3015 South Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517362107 | | Email/Text: electronicbkydocs@nelnet.net | May 26 2021 21:28:00 | U.S. Department of Education, C/O Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 517362106 | + | Email/Text: electronicbkydocs@nelnet.net | May 26 2021 21:28:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 517362103 | | EDI: USBANKARS.COM | May 27 2021 00:33:00 | U.S. Bank National Association, 425 Walnut Street, Cincinnati, OH 45202 |
| 517362104 | | EDI: USBANKARS.COM | May 27 2021 00:33:00 | U.S. Bank National Association, 60 Livingston Avenue, EM-MN-WS3D, Saint Paul, MN 55107 |
| 517362116 | | EDI: WFFC.COM | May 27 2021 00:33:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 517362113 | + | EDI: WFFC.COM | May 27 2021 00:33:00 | Wells Fargo Financial National Bank, C/O Bob's Discount Furniture, 800 Walnut Street, MAC F4030-04C, Des Moines, IA 50309-3605 |
| 517362112 | + | EDI: WFFC.COM | May 27 2021 00:33:00 | Wells Fargo Financial National Bank, Bob's Discount Furniture, P.O. Box 14595, Des Moines, IA 50306-3595 |
| 517362111 | + | EDI: WFFC.COM | May 27 2021 00:33:00 | Wells Fargo Financial National Bank, Bob's Discount Furniture, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 517362114 | + | EDI: WFFC.COM | May 27 2021 00:33:00 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 517362115 | + | EDI: WFFC.COM | May 27 2021 00:33:00 | Wells Fargo Home Mortgage, MAC #X7801-013, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517362109 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, U.S. Department Of Treasury, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 518362618 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517362108 | * | U.S. Department Of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517362065 | ## | American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 517362088 | ## | Penn Credit Corporation, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

Case 18-14003-VFP    Doc 96    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 26, 2021 | Form ID: 148 | Total Noticed: 63 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Frank J Martone | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Krystin Miranda Kane | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 kralex@logs.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Chavez | on behalf of Debtor Belete G. Belachew rchavez01@aol.com rchavez@chavezlegal.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9