Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.: 18−14003−VFP
                                  Chapter: 13
                                  Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Belete G. Belachew
   aka Belete Belachew
   495 Fairview Avenue
   Orange, NJ 07050

Social Security No.:
   xxx−xx−0199

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on May 26, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 95 − 91
Order Granting Trustee Motion to Dismiss Case (Related Doc # 91). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/26/2021. (jf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 26, 2021
JAN: jf

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Belete G. Belachew  
    Debtor

Case No. 18-14003-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: orderntc | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belete G. Belachew, 495 Fairview Avenue, Orange, NJ 07050-2113 |
| sp | + | Barry Packin, Seigel Law LLC, 505 Goffle Road, Ridgewood, NJ 07450-4027 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:26:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Frank J Martone | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Gavin Stewart | |

|  |  |
|---|---|
|  | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Kevin Gordon McDonald |  |
|  | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald |  |
|  | on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Krystin Miranda Kane |  |
|  | on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 kralex@logs.com |
| Marie-Ann Greenberg |  |
|  | magecf@magtrustee.com |
| Roger Chavez |  |
|  | on behalf of Debtor Belete G. Belachew rchavez01@aol.com  rchavez@chavezlegal.com |
| U.S. Trustee |  |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9